UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

FILED
2014 SEP 10 AM 10: 34
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Orange Peach Line, Inc.,

Plaintiff,

v.

Case No. 3:14-cv-01608

Country Explosion, LLC, et al.

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for ɔlosion, LLC, and appearing specially for D hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the District of Utah.

Attached is a Certificate of Good Standing from that Court.

s/

Signature

Name: David O. Drake

Address: 6905 South 1300 East, #248

Address: Midvale, UT 84047

Address:

Phone: 801-205-9049

Email: sirdrake.law@icloud.com

**\*\*FEE: $75.00**
(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

**\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \***